UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWIGHT JEROME LATHAM,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-209

## ORDER GRANTING MOTION TO UNSEAL DOCUMENTS

This matter is before the Court on the defendant's motion to unseal certain documents (Dkt. #83). The court records reflect that documents 28, 31, 32, and 38 were previously ordered sealed from public inspection. The defendant now moves to have those records unsealed. The government does not oppose the motion. Accordingly,

**IT IS HEREBY ORDERED** that the defendant's motion to unseal certain documents (Dkt. #83) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall unseal documents 28, 31, 32, and 38 in this case and make the documents available to the public for inspection.

Date: September 8, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge