UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWIGHT JEROME LATHAM,

    Defendant.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-209-01

**ORDER DENYING REQUEST FOR DOCUMENTS WITHOUT PAYMENT OF FEE**

This matter is before the Court on the defendant's request (in letter form) for copies of documents without payment of fee (Dkt. #87). Defendant requests a copy of four (4) documents recently unsealed pursuant to order of this Court. He requests these copies be provided to him "free of charge." Defendant is not entitled to the relief he seeks. A review of the record for this case reflects there is no appeal of the sentence currently pending. This court will not provide free copies of the document to defendant at public expense. The defendant may purchase a copy of the document through the procedures established by the Clerk of Court. Accordingly,

**IT IS HEREBY ORDERED** that defendant's request for a copies of documents without payment of fees (Dkt. #87) is **DENIED**.

Date: September 20, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge